UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Amani S. Abdellah, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: aabdellah@hillwallack.com
*Attorneys for Governor's Pointe Condominium*
*Association, Inc.*

| | |
|---|---|
| In Re: | Case No.: 23-11777 (CMG) |
| Stephanie M. Strother, | Chapter: 13 |
| Debtor. | Judge: Christine M. Gravelle, U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Governor's Pointe Condominium Association, Inc.  Request is made

that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Amani S. Abdellah, Esq.
Hill Wallack LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED:  April 5, 2023                              HILL WALLACK LLP
By: */s/ Amani S. Abdellah*
Amani S. Abdellah