UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: PNC BANK, NATIONAL ASSOCIATION

In Re:
Stephanie M. Strother
    Debtor

Case No:  23-11777 CMG

Chapter:  13

Hearing Date: 06/21/2023

Judge:  Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Lauren Yates-Murray:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for _____, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 6, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Objection to Confirmation of Plan
    - Filed Proof of Claim
    - Debtor's Chapter 13 Plan
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 6, 2023    /S/Lauren Yates-Murray

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Stephanie M. Strother<br>307 Wimbeldon Court<br>North Brunswick, NJ 08902 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Yakov Rudikh, Esq.<br>Rudikh and Associates<br>14 Woodward Drive<br>Old Bridge, NJ 08816 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |