| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan H. Katz, Esq.<br>JHK-6274<br>**BECKER & POLIAKOFF, LLP**<br>1776 on the Green<br>67 East Park Place, Suite 800<br>Morristown, NJ  07960<br>jkatz@beckerlawyers.com<br>(856) 618-7071<br><br>In Re:<br>     STEPHANIE M. STROTHER | Case No.: 23-11777-CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter 13 |

# SUBSTITUTION OF ATTORNEY

It is hereby stipulated and consented that Becker & Poliakoff, LLP, be substituted as attorney(s) for the Creditor, Governor's Pointe I Condominium Association, Inc., in place of Hill Wallack, LLP, in the above-entitled case.

| **HILL WALLACK, LLP**<br>Withdrawing Counsel | **BECKER & POLIAKOFF, LLP**<br>Superseding Counsel |
|---|---|
| By: /s/ Amani S. Abdellah<br>Amani S. Abdellah, Esq.<br><br>Dated: June 7, 2023 | By: _____<br>Jonathan H. Katz, Esq.<br><br>Dated: June 7, 2023 |