RUDIKH & ASSOCIATES
14 Woodward Drive,
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor: Stephanie M Strother

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Stephanie M Strother

    Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No.: 23-11777-CMG

HEARING DATE: June 21, 2023 at 9:00 a.m.
JUDGE: CHRISTINE M. GRAVELLE

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**
**DEBTOR:** Stephanie M Strother

**CASE NUMBER:** 23-11777-CMG

**DATE OF HEARING:** June 21, 2023 at 10:00 a.m.

**JUDGE:** HON. CHRISTINE M. GRAVELLE

---

The undersigned parties resolved the Governor's Pointe Condominium Association, Inc. Objection to Plan Confirmation ECF No. 3, and agree to the following treatment of the Secured claim filed by Secured Creditor on the Claims Register as Claim No.11 ("The Secured Claim"), through Stephanie M Strother ("Debtor") Chapter 13 Plan, ECF No. 3 (the "Plan");

ORDERED AS FOLLOWS:

1. Debtor shall pay Governor's Pointe Condominium Association, Inc.'s claim, Claim No. 11, in the amount of $14,398.20 ("Claim"), in full.
2. Debtor shall remain current in all post-petition monthly assessments to Governor's Pointe Condominium Association, Inc., starting with the post-petition assessment due on April 1, 2023 and continuing for as long as Debtor owns the unit.

Consent to Form and Entry

RUDIKH & ASSOCIATES, LLC
Attorney for Debtor

By: _____
Yan Rudikh
Date: 6/19/23

BECKER & POLIAKOFF, LLP
Attorney for Secured Creditor

By: _____
Jonathan H. Katz

Date: June 19, 2023