RUDIKH & ASSOCIATES
14 Woodward Drive,
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor: Stephanie M Strother

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Stephanie M Strother

    Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No.: 23-11777-CMG

HEARING DATE: June 21, 2023 at 9:00 a.m.
JUDGE: CHRISTINE M. GRAVELLE

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 20, 2023**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

CAPTION OF ORDER:
CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
DEBTOR: Stephanie M Strother

CASE NUMBER: 23-11777-CMG

DATE OF HEARING: June 21, 2023 at 10:00 a.m.

JUDGE: HON. CHRISTINE M. GRAVELLE

---

The undersigned parties resolved the Governor's Pointe Condominium Association, Inc. Objection to Plan Confirmation ECF No. 3, and agree to the following treatment of the Secured claim filed by Secured Creditor on the Claims Register as Claim No.11 ("The Secured Claim"), through Stephanie M Strother ("Debtor") Chapter 13 Plan, ECF No. 3 (the "Plan");

ORDERED AS FOLLOWS:

1. Debtor shall pay Governor's Pointe Condominium Association, Inc.'s claim, Claim No. 11, in the amount of $14,398.20 ("Claim"), in full.
2. Debtor shall remain current in all post-petition monthly assessments to Governor's Pointe Condominium Association, Inc., starting with the post-petition assessment due on April 1, 2023 and continuing for as long as Debtor owns the unit.

Consent to Form and Entry

RUDIKH & ASSOCIATES, LLC　　　　　　BECKER & POLIAKOFF, LLP
Attorney for Debtor　　　　　　　　　　　Attorney for Secured Creditor

By: _____　　　By: _____
　　　Yan Rudikh　　　　　　　　　　　　　　Jonathan H. Katz

Date: 6/19/23　　　　　　　　　　　　　Date: June 19, 2023

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-11777-CMG

Stephanie M Strother     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan H. Katz | on behalf of Creditor Governor's Pointe Condominium Association  Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5