Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11777−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie M Strother
   307 Wimbeldon Ct
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 14, 2023.

Dated: September 14, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 23-11777-CMG

Stephanie M Strother   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Sep 14, 2023   Form ID: plncf13   Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |
| 519853843 | + | Bison Green, PO Box 191, Pine Ridge, SD 57770-0191 |
| 519853848 | + | Cutolo Barros LLC, 151 Highway 33 East Suite 204, Englishtown, NJ 07726-8635 |
| 519853850 | + | Golden Valley Lending, 635 East Highway 20 E, Upper Lake, CA 95485-8793 |
| 519916602 | + | Governor's Pointe Condominium Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 519853851 | + | Governors Pointe I Condominium Assoc., 294 Wimbeldon Court, North Brunswick, NJ 08902-4225 |
| 519853856 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 519853858 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519853863 | + | Rutgers-RWJMG Pediatrics, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519853864 | + | Southern Bank Emerg Physicians, PO Box 37794, Philadelphia, PA 19101-5094 |
| 519883744 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519853842 | + | Email/Text: bncnotifications@pheaa.org | Sep 14 2023 20:41:00 | Aes/slm Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 519853865 | | Email/Text: fwdbctl@spotloan.com | Sep 14 2023 20:41:50 | Spotloan, P.O Box 720, Belcourt, ND 58316 |
| 519853844 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2023 20:50:32 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519863859 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2023 20:51:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519853845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2023 20:42:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 519853846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2023 20:42:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 519853847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2023 20:42:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 519853849 | ^ | MEBN | Sep 14 2023 20:40:16 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519853853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 23-11777-CMG   Doc 38   Filed 09/16/23   Entered 09/17/23 00:15:51   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 14 2023 20:42:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519903403 | | Email/Text: legaldivision@kheaa.com | Sep 14 2023 20:41:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 519853855 | ^ | MEBN | Sep 14 2023 20:39:44 | Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| 519860315 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 20:42:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 519853857 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 20:42:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 519853859 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 20:41:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519885156 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 20:41:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 519853860 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 20:41:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519907421 | + | Email/Text: bankruptcy@gopfs.com | Sep 14 2023 20:42:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 519853861 | ^ | MEBN | Sep 14 2023 20:39:54 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 519867348 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2023 20:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519853862 | + | Email/Text: customerservice@rfgionline.com | Sep 14 2023 20:42:00 | RFGI, Attn: Bankruptcy, Po Box 537, Sycamore, IL 60178-0537 |
| 519854818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 20:50:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519950902 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 14 2023 20:51:02 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519853852 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519853854 | ##+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023          Signature:     /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 14, 2023 | Form ID: plncf13 | Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan H. Katz | on behalf of Creditor Governor's Pointe Condominium Association  Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5