| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11777 / CMG**

Stephanie M Strother

Petition Filed Date: 03/06/2023
341 Hearing Date: 04/06/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2023 | $583.00 | | 05/10/2023 | $583.00 | | 06/12/2023 | $583.00 | |
| 08/04/2023 | $1,166.00 | | 10/27/2023 | $1,595.00 | | | | |

**Total Receipts for the Period: $4,510.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie M Strother | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022 TAX PERIOD | Priority Creditors | $4,551.00 | $0.00 | $4,551.00 |
| 2 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | RFGI<br>»» URGENT CARE PHYS OF NJ | Unsecured Creditors | $177.36 | $0.00 | $177.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,104.97 | $0.00 | $3,104.97 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,332.46 | $0.00 | $1,332.46 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $261.88 | $0.00 | $261.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/NEW YORK & CO. | Unsecured Creditors | $462.24 | $0.00 | $462.24 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2022 | Priority Creditors | $140.00 | $0.00 | $140.00 |
| 9 | PNC BANK, NA<br>»» P/307 WIMBELDON CT/1ST MTG/ORDER 6/28/ | Mortgage Arrears | $34,278.27 | $82.90 | $34,195.37 |
| 10 | PRESTIGE FINANCIAL SERVICES<br>»» 2016 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | GOVERNOR'S POINTE I CONDOMINIUM ASSOCIATION INC.<br>»» CONDO HOMEOWNERS FEES/LIEN/ORDER 6/20/23 | Secured Creditors | $14,398.20 | $34.82 | $14,363.38 |
| 12 | U.S. DEPARTMENT OF HUD<br>»» P/307 WIMBELDON CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11777 / CMG**

| | | | |
|---|---|---|---|
| | **SUMMARY** | | |
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $4,510.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,167.72 | Current Monthly Payment: | $1,193.00 |
| Paid to Trustee: | $342.28 | Arrearages: | $5,590.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

