UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Stephanie Strother,

Debtor.

Case No.: 23-11777-CMG

Chapter: 13

Hearing Date: 3/6/2024

Judge: Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 307 Wimbeldon Court (Docket # 45)

_____

Date: 03/05/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*