| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>RUDIKH & ASSOCIATES<br>14 Woodward Dr.<br>2nd Floor<br>Old Bridge, New Jersey 08857<br>(732) 659-6961<br>Attorney for Debtor (s) | |
| In re:<br>**Stephanie M Strother** | Case No.: 23-11777<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: 6/5/2024 at 12:00 p.m.<br><br>Judge:<br>Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, **Meret Beshara**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Yan Rudikh, Esq.**, who represents **Debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **May 31, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Order Shortening Time, Notice of Motion, Certification, Proposed Order, Certificate of Service;**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 31, 2024**    **/s/ Meret Beshara**
                          Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aes/slm Trust<br>Pob 61047<br>Harrisburg, PA 17106 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Bison Green<br>PO Box 191<br>Pine Ridge, SD 57770 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| Comenitybank/ny&co<br>Po Box 182789<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| Comenitybank/victoria<br>Po Box 182789<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

rev. 8/1/15

| | | |
|---|---|---|
| | | ☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Comenitycb/hsn**<br>Po Box 182120<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Cutolo Barros LLC**<br>151 Highway 33 East Suite 204<br>Englishtown, NJ 07726 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Financial Recoveries**<br>200 E Park Dr Ste 100<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Financial Recoveries**<br>200 E Park Dr Ste 100<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Golden Valley Lending**<br>635 East Highway 20 E<br>Upper Lake, CA 95485 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Governors Pointe I Condominium Assoc.**<br>294 Wimbeldon Court<br>North Brunswick, NJ 08902 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other __Overnight mail__<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☐ Regular mail |

| Name and Address | Relationship | Mode of Service |
|---|---|---|
|  |  | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**44 South Clinton Ave.**<br>**Trenton, NJ 08601** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **Internal Revenue Service**<br>**44 South Clinton Ave.**<br>**Trenton, NJ 08601** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **KML Law Group P.C.**<br>**216 Haddon Ave. Suite 406**<br>**Collingswood, NJ 08108** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **Maxlend**<br>**PO Box 639**<br>**Parshall, ND 58770** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **Middlesex County Chancery Division**<br>**P.O. Box 971**<br>**Trenton, NJ 08625** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__<br>(as authorized by the court *) |
| **Nelnet Lns**<br>**3015 S Parker Rd**<br>**Aurora, CO 80014** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __Overnight mail__ |

*rev. 8/1/15*

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **NJHMFA**<br>**637 South Clinton Ave**<br>**Trenton, NJ 08650** | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **New Jersey Division of Taxation**<br>**P.O. Box 046**<br>**Trenton, NJ 08646** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **PNC Bank**<br>**2730 Liberty Avenue**<br>**Pittsburgh, PA 15222** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **Pnc Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **Prestige Financial Svc**<br>**Attn: Bankruptcy**<br>**351 W Opportunity Way**<br>**Draper, UT 84020** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **RFGI**<br>**Attn: Bankruptcy**<br>**Po Box 537**<br>**Sycamore, IL 60178** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight mail<br>(as authorized by the court *) |
| **Rutgers-RWJMG Pediatrics**<br>**PO Box 1388**<br>**Mount Laurel, NJ 08054** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

*rev. 8/1/15*

|  |  | |
|---|---|---|
|  |  | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  __Overnight mail__<br>(as authorized by the court *) |
| **Southern Bank Emerg Physicians**<br>**PO Box 37794**<br>**Philadelphia, PA 19101** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  __Overnight mail__<br>(as authorized by the court *) |
| **Spotloan**<br>**P.O Box 720**<br>**Belcourt, ND 58316** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  __Overnight mail__<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.