RUDIKH & ASSOCIATES
14 Woodward Dr.
2nd Floor
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor (s)

**Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Stephanie M Strother

Case No.: **23-11777-CMG**

Debtor (s)

**ORDER**

# ORDER APPROVING NEW JERSEY'S EMERGENCY RESCUE MORTGAGE ASSITANCE

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 14, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:            STEPHANIE M STROTHER
Case No.:           **23-11777**
Caption of Order:   ORDER APPROVING NEW JERSEY'S EMERGENCY RESCUE MORTGAGE ASSITANCE

---

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Stephanie M Strother, for an Order Approving New Jersey's Emergency Rescue Mortgage Assistance, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The New Jersey's Emergency Rescue Mortgage Assistance has been approved in the amount of $42,284.80 for the property located at 307 Wimbeldon Ct., North Brunswick NJ 08902 to be paid directly to PNC Bank, N.A.

2. New Jersey Emergency Rescue Mortgage Assistance Funds will be applied to pre-petition and post-petition mortgage arrears.

3. PNC Bank, N.A. Mortgage Claim No. 9 will be amended within thirty (30) days of the entered of this Order; and

4. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.