RUDIKH & ASSOCIATES
14 Woodward Dr.
2nd Floor
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor (s)

_____

**Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Stephanie M Strother

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  **23-11777-CMG**

Debtor (s)

**ORDER**

_____

**ORDER APPROVING NEW JERSEY'S EMERGENCY RESCUE MORTGAGE ASSITANCE**

The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: June 14, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | STEPHANIE M STROTHER |
| Case No.: | **23-11777** |
| Caption of Order: | ORDER APPROVING NEW JERSEY'S EMERGENCY RESCUE MORTGAGE ASSITANCE |

___

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Stephanie M Strother, for an Order Approving New Jersey's Emergency Rescue Mortgage Assistance, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The New Jersey's Emergency Rescue Mortgage Assistance has been approved in the amount of $42,284.80 for the property located at 307 Wimbeldon Ct., North Brunswick NJ 08902 to be paid directly to PNC Bank, N.A.

2. New Jersey Emergency Rescue Mortgage Assistance Funds will be applied to pre-petition and post-petition mortgage arrears.

3. PNC Bank, N.A. Mortgage Claim No. 9 will be amended within thirty (30) days of the entered of this Order; and

4. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Stephanie M Strother  
    Debtor

Case No. 23-11777-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 14, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan H. Katz | on behalf of Creditor Governor's Pointe Condominium Association Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 14, 2024 | Form ID: pdf903 | Total Noticed: 1

rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 6