| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

In re:

Stephanie M Strother

Debtor(s)

Case No.: 23-11777 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/1/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 7/1/2024

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Stephanie M Strother<br>307 Wimbeldon Ct<br>North Brunswick, NJ  08902 | Debtor(s) | Regular Mail |
| Yakov Rudikh, Esq.<br>Rudikh & Associates<br>14 Woodward Drive, Floor 2<br>Old Bridge, NJ  08857 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |