Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  23−11777−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie M Strother
   307 Wimbeldon Ct
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/7/24 at 09:00 AM

to consider and act upon the following:

*60* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/15/2024. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/11/24

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court