Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11777−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephanie M Strother
    307 Wimbeldon Ct
    North Brunswick, NJ 08902

Social Security No.:
    xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 14, 2023.

On October 31, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                   December 4, 2024
Time:                   10:00 AM
Location:               Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 31, 2024
JAN: pbf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11777-CMG |
| Stephanie M Strother | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: 185 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |
| 519853843 | + | Bison Green, PO Box 191, Pine Ridge, SD 57770-0191 |
| 519853848 | + | Cutolo Barros LLC, 151 Highway 33 East Suite 204, Englishtown, NJ 07726-8635 |
| 519853850 | + | Golden Valley Lending, 635 East Highway 20 E, Upper Lake, CA 95485-8793 |
| 519853851 | + | Governors Pointe I Condominium Assoc., 294 Wimbeldon Court, North Brunswick, NJ 08902-4225 |
| 519853854 | + | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 519853856 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 519853858 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519853863 | + | Rutgers-RWJMG Pediatrics, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519853864 | + | Southern Bank Emerg Physicians, PO Box 37794, Philadelphia, PA 19101-5094 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519853842 | + | Email/Text: bncnotifications@pheaa.org | Oct 31 2024 20:47:00 | Aes/slm Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 519853865 | | Email/Text: fwdbctl@spotloan.com | Oct 31 2024 20:47:48 | Spotloan, P.O Box 720, Belcourt, ND 58316 |
| 519853844 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 21:02:45 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519863859 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2024 20:52:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519853845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 20:47:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 519853846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 20:47:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 519853847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 20:47:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 519853849 | ^ | MEBN | Oct 31 2024 20:45:50 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519916602 | ^ | MEBN | Oct 31 2024 20:46:46 | Governor's Pointe Condominium Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 519853853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2024 20:47:00 | Internal Revenue Service, 44 South Clinton Ave., |

District/off: 0312-3                    User: admin                                Page 2 of 3
Date Rcvd: Oct 31, 2024                 Form ID: 185                            Total Noticed: 36

| | | | |
|---|---|---|---|
| | | | Trenton, NJ 08601 |
| 519903403 | Email/Text: legaldivision@kheaa.com | Oct 31 2024 20:47:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 519853855 | ^ MEBN | Oct 31 2024 20:45:11 | Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| 519860315 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2024 20:47:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 519853857 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2024 20:47:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 519853859 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2024 20:47:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519885156 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2024 20:47:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 519853860 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2024 20:47:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519907421 | + Email/Text: bankruptcy@gopfs.com | Oct 31 2024 20:48:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 519853861 | ^ MEBN | Oct 31 2024 20:45:31 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 519867348 | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2024 20:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519853862 | + Email/Text: customerservice@rfgionline.com | Oct 31 2024 20:48:00 | RFGI, Attn: Bankruptcy, Po Box 537, Sycamore, IL 60178-0537 |
| 519883744 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 31 2024 20:47:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519854818 | ^ MEBN | Oct 31 2024 20:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519950902 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 31 2024 20:52:21 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519853852 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024              Signature:        /s/Gustava Winters

District/off: 0312-3

User: admin

Page 3 of 3

Date Rcvd: Oct 31, 2024

Form ID: 185

Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan H. Katz | on behalf of Creditor Governor's Pointe Condominium Association  Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 7