Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11777−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie M Strother
   307 Wimbeldon Ct
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 9, 2024.

Dated: December 9, 2024
JAN: mjb

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-11777-CMG
Stephanie M Strother  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Dec 09, 2024      Form ID: plncf13      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |
| 519853843 | + | Bison Green, PO Box 191, Pine Ridge, SD 57770-0191 |
| 519853848 | + | Cutolo Barros LLC, 151 Highway 33 East Suite 204, Englishtown, NJ 07726-8635 |
| 519853850 | + | Golden Valley Lending, 635 East Highway 20 E, Upper Lake, CA 95485-8793 |
| 519853851 | + | Governors Pointe I Condominium Assoc., 294 Wimbeldon Court, North Brunswick, NJ 08902-4225 |
| 519853854 | + | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 519853856 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 519853858 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519853863 | + | Rutgers-RWJMG Pediatrics, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519853864 | + | Southern Bank Emerg Physicians, PO Box 37794, Philadelphia, PA 19101-5094 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2024 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2024 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519853842 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2024 20:40:00 | Aes/slm Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 519853865 | | Email/Text: fwdbctl@spotloan.com | Dec 09 2024 20:40:41 | Spotloan, P.O Box 720, Belcourt, ND 58316 |
| 519853844 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2024 21:05:24 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519863859 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2024 21:05:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519853845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2024 20:41:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 519853846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2024 20:41:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 519853847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2024 20:41:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 519853849 | ^ | MEBN | Dec 09 2024 20:40:54 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519916602 | ^ | MEBN | Dec 09 2024 20:42:30 | Governor's Pointe Condominium Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 519853853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2024 20:41:00 | Internal Revenue Service, 44 South Clinton Ave., |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trenton, NJ 08601 |
| 519903403 | | Email/Text: legaldivision@kheaa.com | Dec 09 2024 20:40:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 519853855 | ^ | MEBN | Dec 09 2024 20:39:21 | Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| 519860315 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 09 2024 20:41:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 519853857 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 09 2024 20:41:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 519853859 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2024 20:40:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519885156 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2024 20:40:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 519853860 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2024 20:40:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519907421 | + | Email/Text: bankruptcy@gopfs.com | Dec 09 2024 20:41:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 519853861 | ^ | MEBN | Dec 09 2024 20:40:39 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 519867348 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2024 20:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519853862 | + | Email/Text: customerservice@rfgionline.com | Dec 09 2024 20:42:00 | RFGI, Attn: Bankruptcy, Po Box 537, Sycamore, IL 60178-0537 |
| 519883744 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 09 2024 20:40:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519854818 | ^ | MEBN | Dec 09 2024 20:42:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519950902 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 09 2024 21:04:46 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519853852 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024            Signature:        /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: plncf13 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan H. Katz | on behalf of Creditor Governor's Pointe Condominium Association  Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 7