| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-11777 / CMG**

Stephanie M Strother

Petition Filed Date: 03/06/2023
341 Hearing Date: 04/06/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2024 | $5,595.00 | | 02/28/2024 | $1,166.00 | | 03/13/2024 | $1,166.00 | |
| 08/06/2024 | $4,000.00 | | 09/11/2024 | $1,244.00 | | 10/11/2024 | $1,244.00 | |
| 11/18/2024 | $603.99 | | | | | | | |

**Total Receipts for the Period:  $15,018.99    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $19,528.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie M Strother | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022 TAX PERIOD | Priority Creditors | $4,551.00 | $0.00 | $4,551.00 |
| 2 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | RFGI<br>»» URGENT CARE PHYS OF NJ | Unsecured Creditors | $177.36 | $0.00 | $177.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,104.97 | $0.00 | $3,104.97 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,332.46 | $0.00 | $1,332.46 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $261.88 | $0.00 | $261.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/NEW YORK & CO. | Unsecured Creditors | $462.24 | $0.00 | $462.24 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2022 | Priority Creditors | $140.00 | $0.00 | $140.00 |
| 9 | PNC BANK, NA<br>»» P/307 WIMBELDON CT/1ST MTG/ORDER 6/14/ | Mortgage Arrears | $4,779.99 | $4,779.99 | $0.00 |
| 10 | PRESTIGE FINANCIAL SERVICES<br>»» 2016 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | GOVERNOR'S POINTE CONDO ASSOCIATION, IN<br>»» CONDO HOMEOWNERS FEES/LIEN/ORDER 6/20/23 | Secured Creditors | $14,398.20 | $8,706.71 | $5,691.49 |
| 12 | U.S. DEPARTMENT OF HUD<br>»» P/307 WIMBELDON CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11777 / CMG**

| 13 | PNC BANK, NA<br>»» 307 WIMBLEDON COURT/ATTY FEES 3/25/24/AMD 4/10/24 | Mortgage Arrears | $599.00 | $599.00 | $0.00 |
|---|---|---|---|---|---|

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,528.99 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,135.70 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $1,393.29 | Arrearages: | $1,200.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!
Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

