Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11777−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephanie M Strother
307 Wimbeldon Ct
North Brunswick, NJ 08902

Social Security No.:
xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/25 at 09:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:50 Amended Order (Generic)) filed by Richard Abel on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 05/5/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Abel, Richard)

Dated: 5/5/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court