| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Stephanie M Strother<br><br><br><br>                                          Debtor(s) | Case No.: 23-11777 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 6/11/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 6/11/2025                                                              /s/ Kierstyn Buchanan

                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Stephanie M Strother<br>307 Wimbeldon Ct<br>North Brunswick, NJ  08902 | Debtor(s) | Regular Mail |
| Yakov Rudikh, Esq.<br>Rudikh & Associates<br>14 Woodward Drive, Floor 2<br>Old Bridge, NJ  08857 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |