Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-11777 / CMG**

Stephanie M Strother

Petition Filed Date: 03/06/2023
341 Hearing Date: 04/06/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2025 | $800.00 | | 03/26/2025 | $800.00 | | 07/21/2025 | $600.00 | |
| 08/18/2025 | $2,500.00 | | 09/25/2025 | $1,300.00 | | 11/24/2025 | $603.99 | |
| 01/30/2026 | $700.00 | | | | | | | |

**Total Receipts for the Period:  $7,303.99   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $26,832.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Stephanie M Strother | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022 TAX PERIOD | Priority Crediors | $4,551.00 | $0.00 | $4,551.00 |
| 2 | KHEAA<br>»» NELNET | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | RFGI<br>»» URGENT CARE PHYS OF NJ | Unsecured Creditors | $177.36 | $0.00 | $177.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,104.97 | $0.00 | $3,104.97 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,332.46 | $0.00 | $1,332.46 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $261.88 | $0.00 | $261.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/NEW YORK & CO. | Unsecured Creditors | $462.24 | $0.00 | $462.24 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2022 | Priority Crediors | $140.00 | $0.00 | $140.00 |
| 9 | PNC BANK, NA<br>»» P/307 WIMBELDON CT/1ST MTG/ORDER 6/14/ | Mortgage Arrears | $4,779.99 | $4,779.99 | $0.00 |
| 10 | PRESTIGE FINANCIAL SERVICES<br>»» 2016 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | GOVERNOR'S POINTE I CONDOMINIUM ASSOCIATION INC.<br>»» CONDO HOMEOWNERS FEES/LIEN/ORDER 6/20/23 | Secured Creditors<br>Hold Funds: Notice of Reserve | $14,398.20 | $9,896.21 | $4,501.99 |

**Chapter 13 Case No. 23-11777 / CMG**

| 12 | U.S. DEPARTMENT OF HUD<br>»» P/307 WIMBELDON CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 13 | PNC BANK, NA<br>»» 307 WIMBLEDON COURT/ATTY FEES<br>3/25/24/AMD 4/10/24 | Mortgage Arrears | $599.00 | $599.00 | $0.00 |
| 14 | PRESTIGE FINANCIAL SERVICES<br>»» 2016 NISSAN ROGUE/ATTY FEES 5/8/25 | Debt Secured by Vehicle | $449.00 | $449.00 | $0.00 |
| 15 | PNC BANK, NA<br>»» 307 WIMBLEDON COURT/ATTY FEES 6/4/25 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| Total Receipts: | $26,832.98 | Percent to General Unsecured Creditors: 100% | |
|---|---|---|---|
| Paid to Claims: | $19,974.20 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $1,999.79 | Arrearages: | $396.01 |
| Funds on Hand: | $4,858.99 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

