Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23–11777–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephanie M Strother
  307 Wimbeldon Ct
  North Brunswick, NJ 08902

Social Security No.:
  xxx–xx–6608

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/15/26 at 09:00 AM

to consider and act upon the following:

*101* – Creditor's Certification of Default (related document:90 Order (Generic)) filed by Matthew K. Fissel on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 06/26/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

Dated: 6/24/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court