UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton,  NJ    08650

609-587-6888

(609) 587-6888

In re:

Stephanie M Strother

Debtor(s)

Case No.: 23-11777 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## <u>CERTIFICATION OF SERVICE</u>

1.  I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On 7/22/2026, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

**Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3.  I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  7/22/2026

/s/  *Anita Travea*

Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Stephanie M Strother<br>307 Wimbeldon Ct<br>North Brunswick, NJ   08902 | Debtor(s) | Regular Mail |
| Yakov Rudikh, Esq.<br>Rudikh & Associates<br>14 Woodward Drive, Floor 2<br>Old Bridge,  NJ   08857 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |