Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11777−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephanie M Strother
    307 Wimbeldon Ct
    North Brunswick, NJ 08902

Social Security No.:
    xxx−xx−6608

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/26/26 at 09:00 AM

to consider and act upon the following:

*106* − Certification of Default of Standing Trustee.. Filed by Albert Russo. Objection deadline is 8/5/2026. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 8/3/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court