UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650
(609) 587-6888

Order Filed on August 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Stephanie M Strother

Debtor(s)

Case No.: 23-11777 / CMG

Hearing Date: 8/26/2026

Judge: Christine M. Gravelle

Chapter: 13

**ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objectior to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $29,532.98 paid to date
- The debtor(s) shall remit a lump sum payment of $1,296.01 to the Trustee by 8/30/16
- The debtor(s) shall remit $600.00 per month to the Trustee for 19 months beginning 9/ 1/2026.
- If the debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the debtor(s) and the debtor's attorney, if any, the within case shall be dismissed.